IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :
Vincent E. & Michelle Dillon,               :      Bankruptcy No. 97-28440-JKF
         Debtors.                           :

## MOTION FOR UNCLAIMED FUNDS

1. Movants, Vincent & Michelle Dillon, of 744 Sunflower Road, Rochester, PA 15074 filed for Bankruptcy Protection under Chapter 13 on November 19, 1997.

2. On or about September 7, 2004, the Chapter 13 Trustee received a refund from Countrwide relative to distributions previously made to Countrywide..

3. On October 26, 2004, the Trustee paid the sum of $2,732.85 to the Clerk of Bankruptcy Court, as unclaimed funds.

4. Prior to the completion of their Bankruptcy the Debtors refinanced their mortgage and the loan to Countrywide was paid in full.

5. The debtors currently reside at: 744 Sunflower Road, Rochester, PA 15074.

6. The Debtors' Chapter 13 Bankruptcy has been completed and the Trustee has distributed all funds required to be distributed.

7. The debtors wish to have the unclaimed funds paid to them, as the funds represent monies otherwise previously paid to Countrywide by the Debtors..

WHEREFORE, the debtors respectfully request that this Honorable Court enter an Order requiring the Clerk of the United States Bankruptcy Court for the Western District of Pennsylvania to pay the unclaimed funds being held relative to this case to the debtors.

July 19, 2005

Robert R. Druzisky, Esquire
540 Turnpike Street
Beaver, PA 15009
724-775-4160