## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                  :
Vincent E. & Michelle Dillon,    :      Bankruptcy No. 97-28440-JKF
     Debtors.               :

                            Related to Doc. No. 75

### ORDER OF COURT

**AND NOW**, this __2nd__ day of ___August___, 2005, upon

consideration of the Debtors' Motion for Unclaimed Funds, it is hereby **ORDERED,**

**ADJUDGED and DECREED** that the Motion is ~~granted and the Clerk's office is~~

~~directed to distribute $2,732.95 to the debtors.~~ denied, without prejudice, for failure to

file a motion for unclaimed funds containing full proof of the right to the funds.


                          BY THE COURT:

                          *Judith K. Fitzgerald*
                                    cgt
                                J.



FILED

AUG 0 2 2005

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA